IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

vs.                      4:12CR00069-001   SWW

LARRY COONEY

## ORDER

The defendant, Larry Cooney, is presently undergoing a competency evaluation at the Federal Detention Center, Englewood, Colorado since April 12, 2012. The Court has received communication from that facility requesting additional time to complete the evaluation because of a high volume of forensic cases designated to the Federal Detention Center.

IT IS THEREFORE ORDERED that the time the defendant, Larry Cooney, be allowed to remain at the facility is hereby extended until August 3, 2012, with the report being filed with the Court by August 17, 2012. A copy of this order is to be mailed to FCI Englewood to the attention of Dr. Roy Hill.

Dated this 12th day of July 2012.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE