# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| Plaintiff, | * |
| v. | * |
| | * No. 4:12CR00069-01-SWW |
| LARRY LEWIS COONEY | * |
| Defendant. | * |

## ORDER

Before the Court is the question of Defendant Cooney's competency to stand trial. (Doc. No. 26). A competency examination was ordered on March 16, 2012 (Doc. No. 8). Forensic Psychologist David Morrow, Ph.D., determined Mr. Cooney was competent to proceed. Neither party objects to the findings of Dr. Morrow and his written report was made a part of the record and filed under seal. Without objection, the Court now finds pursuant to 18 U.S.C. 4241, *et seq.*, Mr. Cooney is competent to proceed to trial and is not suffering from a mental disease or defect rendering him unable to understand the nature and consequences of the proceedings against him or properly assist in his defense. Furthermore, Mr. Cooney was not suffering from a severe mental disease or defect rending him unable to appreciate the nature, quality or wrongfulness of his acts.

In addition, Mr. Cooney withdrew his Motion for Release from Custody (Doc. No 23) given the short time before commencement of his trial.

IT IS SO ORDERED this 8th day of November, 2012.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE