# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA                                           PLAINTIFF

vs.                    NO.    4:12CR00069-001  SWW

LARRY COONEY                                                       DEFENDANT

## **ORDER**

Upon review of defendant's motion to declare defendant indigent for purposes of appeal, the Court finds that the motion with Financial Affidavit attached [doc #63] should be, and it is hereby, *granted*.[1]

IT IS SO ORDERED this 16th day of September 2013.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE

---

[1] The issue of appointment of counsel will be decided by the Eighth Circuit Court of Appeals.